THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR11-00083RAJ |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO<br>) SEAL DEFENDANT'S DISPOSITION<br>) MEMORANDUM |
| ALAI POE TAUAI, | ) |
| Defendant. | ) |

THIS MATTER has come before the undersigned on the motion of Defendant Alai Poe Tauai to file the Defendant's Disposition Memorandum under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the Defendant's motion to seal (Dkt. #128) is GRANTED. Defendant's Disposition Memorandum filed under Dkt. #129 shall remain under seal.

DATED this 5th day of January, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S
DISPOSITION MEMORANDUM -- 1
(*Alai Poe Tauai*; CR11-00083RAJ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100