Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAI POE TAUAI, <br><br> Defendant. | No. CR11-83RAJ <br><br> ORDER DENYING DEFENDANT'S MOTION TO TRANSFER JURISDICTION OF SUPERVISED RELEASE |

THIS MATTER comes before the court on Defendant's Motion to Transfer Jurisdiction of Supervised Release (Dkt. #156). The court has reviewed Defendant's motion, the Government's opposition, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion to Transfer Jurisdiction of Supervised Release (Dkt. #156) is DENIED without prejudice to being renewed when Defendant is in compliance with the conditions of supervised release.

DATED this 23rd day of July, 2018.

HON. RICHARD A. JONES
United States District Judge

ORDER DENYING DEFENDANT'S MOTION TO
TRANSFER JURISDICTION OF SUPERVISED
RELEASE - 1